NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZENITH INSURANCE COMPANY, and )
for the use and benefit of DANIELLE G. )
BRENNAN, )
                             )
        Appellant, )
                             )
v. )        Case No.  2D19-2826
                             )
RYAN BUCK PIERCE and LARISSA )
MUELLER, )
                             )
        Appellees. )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Courtney M. Keller and I. William Spivey,
III, of Greenberg Traurig, P.A., Orlando;
and Jay A. Yagoda of Greenberg Traurig,
P.A., Miami, for Appellant.

Sarah Lahlou-Amine of Banker Lopez
Gassler P.A., Tampa, for Appellees.

PER CURIAM.

        Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.